**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel: (702) 550-4440
Fax: (844) 670-6009

**ARNOLD & PORTER KAYE SCHOLER LLP**
EVAN M. ROTHSTEIN (Admitted Pro Hac Vice)
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL (Admitted Pro Hac Vice)
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202
Tel: (303) 863-1000
Fax: (303) 832-0428

**ARNOLD & PORTER KAYE SCHOLER LLP**
ANNE W. PEARLMAN (Admitted Pro Hac Vice)
Email: anne.pearlman@arnoldporter.com
601 Massachusetts Ave., NW
Washington, District of Columbia 20001
Tel: (202) 642-5000
Fax: (202) 942-5999

*Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada Corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No. 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR INSUFFICIENT SERVICE AND DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**(First Request)** |

Plaintiff PURE PLAY, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their



1

respective undersigned counsel of record, stipulate and agree to extend the date for Defendants' Response in Support of its Motion to Dismiss for Insufficient Service and Defendants' Motion to Dismiss for Failure to State a Claim upon which relief can be granted [ECF. 12] from the current date of August 22, 2019 to September 5, 2019.

This is the first request for an extension of time and is not made for the purpose of delay.

Dated this 15th day of August 2019.

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
MICHAEL N. FEDER (NV Bar No. 7332)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

ARNOLD & PORTER KAYE SCHOLER LLP
EVAN M. ROTHSTEIN
(Admitted Pro Hac Vice)
PATRICK B. HALL
(Admitted Pro Hac Vice)
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202

ARNOLD & PORTER KAYE SCHOLER LLP
ANNE W. PEARLMAN
(Admitted Pro Hac Vice)
601 Massachusetts Ave., NW
Washington, District of Columbia 20001

*Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

Dated this 15th day of August 2019.

FISHERBROYLES, LLP

/s/ Rob L. Phillips
ROB L. PHILLIPS
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036

*Attorneys for Plaintiff Pure Parlay, LLC*

**ORDER**

**IT IS SO ORDERED.**

**DATED** this ___20___ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT



2