1 | **DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
2 | Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
3 | Las Vegas, Nevada 89113
Tel: (702) 550-4440
4 | Fax: (844) 670-6009

5 | **ARNOLD & PORTER KAYE SCHOLER LLP**
EVAN M. ROTHSTEIN (Admitted Pro Hac Vice)
6 | Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL (Admitted Pro Hac Vice)
7 | Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
8 | Denver, Colorado 80202
Tel: (303) 863-1000
9 | Fax: (303) 832-0428

10 | *Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada Corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No. 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**(First Request)** |

Plaintiff PURE PARLAY, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, stipulate and agree to extend the date for Defendants' Response to Plaintiff's Second Amended Complaint for Patent Infringement upon which relief can be granted [ECF. 37] from the current date of March 9, 2020 to March 30, 2020.

This is the first request for an extension of time and is not made for the purpose of delay.

1

| | |
|---|---|
| Dated this 27 day of February 2020. | Dated this 27 day of February 2020. |
| ARNOLD & PORTER KAYE SCHOLER LLP | FISHERBROYLES, LLP |
| */s/ Evan M. Rothstein*<br>EVAN M. ROTHSTEIN<br>(Admitted Pro Hac Vice)<br>PATRICK B. HALL<br>(Admitted Pro Hac Vice)<br>370 Seventeenth Street, Suite 4400<br>Denver, Colorado 80202 | */s/ Rob L. Phillips*<br>ROB L. PHILLIPS<br>5670 Wilshire Blvd., Suite 1800<br>Los Angeles, CA 90036<br><br>*Attorneys for Plaintiff Pure Parlay, LLC* |
| MICHAEL N. FEDER (NV Bar No. 7332)<br>DICKINSON WRIGHT PLLC<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113 | |
| *Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC* | |

**IT IS SO ORDERED**

**DATED: February 28, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**