**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Tel: (702) 550-4440
Fax: (844) 670-6009

**ARNOLD & PORTER KAYE SCHOLER LLP**
EVAN M. ROTHSTEIN (Admitted Pro Hac Vice)
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL (Admitted Pro Hac Vice)
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202
Tel: (303) 863-1000
Fax: (303) 832-0428

*Attorneys for Defendants Stadium Technology Group, Inc.
and GVC Holdings, PLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada Corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No. 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**(Second Request)** |

Plaintiff PURE PARLAY, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, stipulate and agree to extend the date for Defendants' Response to Plaintiff's Second Amended Complaint for Patent Infringement upon which relief can be granted [ECF. 37] from the current date of March 30, 2020 to April 17, 2020.

The request for this extension is a result of the COVID-19 virus causing multiple delays

1

and closures to offices. This is the second request for an extension of time and is not made for the purpose of delay.

Dated this 17th day of March 2020.

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Evan M. Rothstein*
EVAN M. ROTHSTEIN
(Admitted Pro Hac Vice)
PATRICK B. HALL
(Admitted Pro Hac Vice)
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202

MICHAEL N. FEDER (NV Bar No. 7332)
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

Dated this 17th day of March 2020.

FISHERBROYLES, LLP

*/s/ Rob L. Phillips*
ROB L. PHILLIPS
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036

*Attorneys for Plaintiff Pure Parlay, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 3/19/2020