Rob L. Phillips
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FisherBroyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> STADIUM TECHNOLOGY GROUP, INC., a Nevada corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man, <br><br> Defendants. | Case No.: 2:19-cv-00834-GMN-BNW <br><br> **STIPULATION TO AMEND SCHEDULING ORDER** <br><br> **(FIRST REQUEST)** |

Plaintiff PURE PARLAY, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, stipulate and agree to amend the current Scheduling Order by moving all relevant dates back 120 days.

Pursuant to Fed. R. Civ. P. 26(f), LR 26-1, and Local Patent Rules 1-1 et. seq., on October 30, 2019 counsel for the parties conducted a telephonic discovery-planning conference and submitted scheduling dates which are currently set forth in the Scheduling Order signed by the Court. (Dkt. No. 28). However, the parties agree that the dates in the Scheduling Order need to be amended to account for the current status of the case.

On February 5, 2020, the Court granted Defendants' Motion to Dismiss Plaintiff's first amended complaint providing Plaintiff with leave to file a second amended complaint within 21 days. (Dkt. No. 34). On February 24, 2020, Plaintiff filed its second amended complaint. (Dkt.

STIPULATION TO AMEND SCHEDULING ORDER

1

FisherBroyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

No. 37). On February 27, 2020, the parties filed a first stipulation to extend the time for Defendants to file a response to Plaintiff's second amended complaint until March 30, 2020. (Dkt. No. 38). On February 28, 2020, the Court granted the first extension of time. (Dkt. No. 39). On March 17, 2020, based on the impact of the COVID-19 virus, the parties filed a second stipulation to extend the time for Defendants to file a response to Plaintiff's second amended complaint until April 17, 2020. (Dkt. No. 41). On March 19, 2020, the Court granted the second extension of time. (Dkt. No. 42).

Consequently, as it stands, Defendants have not responded to the second amended complaint and have until April 17, 2020 to do so. The parties agree and propose that the relevant dates in the current Scheduling Order be moved back 120 days, as set forth below, to account for the current status of the case. The new dates also contemplate moving back the Pre-Claim Construction Settlement Conference currently scheduled for March 31, 2020. Three new dates for the Pre-Claim Construction Settlement Conference are proposed herein. The Additional Provisions set forth in the current Scheduling Order to remain unchanged.

| Event | New Proposed Deadline |
|---|---|
| Exchange of Rule 26(a) Initial Disclosures | **January 7, 2020 - completed** |
| Joint Protective Order | **January 7, 2020 - completed** |
| Disclosure of LPR 1-6 Infringement Contentions and LPR 1-7 Document Production Accompanying Infringement Contentions | May 21, 2020 |
| Disclosure of LPR 1-8 Non-Infringement, Invalidity, and Unenforceability Contentions and LPR 1-9 Document Production Accompanying Non-Infringement, Invalidity, and Unenforceability Contentions | July 6, 2020 |
| Disclosure of LPR 1-10 Response to Non-Infringement, Invalidity, and Uneforceability | July 20, 2020 |

STIPULATION TO AMEND SCHEDULING ORDER

**FisherBroyles, LLP**
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

| Contentions | |
|---|---|
| Exchange of LPR 1-13 Proposed Terms for Construction | August 17, 2020 |
| Exchange of LPR 1-14 Preliminary Claim Constructions and Extrinsic Evidence | September 1, 2020 |
| Parties to Submit LPR 1-15 Joint Claim Construction and Prehearing Statement | September 15, 2020 |
| Plaintiff to File LPR 1-16 Opening Claim Construction Brief | October 5, 2020 |
| Defendant to File LPR 1-16 Responsive Claim Construction Brief | October 26, 2020 |
| Plaintiff to File LPR 1-16 Reply Claim Construction Brief | November 3, 2020 |
| Deadline to File Motion to Amend Pleadings/Parties | November 10, 2020 |
| Claim Construction Tutorials, Hearing, and Order form the Court | TBD by the Court |
| Fact Discovery Cut-off | 45 days after entry of Claim Construction Order |
| Opening expert reports on issues for which the serving party has the burden of proof | 30 days after close of fact discovery |
| Rebuttal expert reports, on issues for which the other party has the burden of proof | 30 days after service of opening expert reports |
| Reply expert reports limited to responses on expert opinions on secondary considerations | 15 days after service of rebuttal expert reports |
| Expert Discovery Cut-off | 45 days after service of rebuttal expert reports |

STIPULATION TO AMEND SCHEDULING ORDER

**FISHERBROYLES, LLP**
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

| Event | Deadline |
|---|---|
| Dispositive Motion Deadline | 30 days after the close of expert discovery |

Additionally, the parties propose the following dates for the settlement conferences called for by the Local Rules:

| Event | Deadline |
|---|---|
| Proposed Dates for Pre-Claim Construction Settlement Conference | April 14, 2020<br>April 21, 2020<br>April 28, 2020 |
| Post-Claim Construction Settlement Conference | Within 30 days after entry of claim construction order |
| Pre-Trial Settlement Conference | Within 30 days after filing of pretrial order |

DATED this 22ND day of March 2020.

                Respectfully submitted,
                FISHERBROYLES, LLP

                /s/ Rob L. Phillips_____
                Rob L. Phillips, Esq.
                Nevada Bar No. 8225
                5670 Wilshire Boulevard, Suite 1800
                Los Angeles, CA 90036
                Tel: (702) 518-1239
                rob.phillips@fisherbroyles.com
                *Attorneys for Plaintiff*

                DICKINSON WRIGHT PLLC

                */s/* Michael N. Feder_____
                Michael N. Feder, Esq.
                Nevada Bar No. 7332
                8363 West Sunset Road, Suite 200

STIPULATION TO AMEND SCHEDULING ORDER

Las Vegas, Nevada 89113
Tel: (702) 550-4400
mfeder@dickinsonwright.com

ARNOLD & PORTER KAYE SCHOLER LLP

Evan M. Rothstein (admitted *pro hac vice*)
Patrick B. Hall (admitted *pro hac vice*)
370 Seventeenth Street, Suite 4400
Denver, CO 80202
Tel: (303) 863-1000
evan.rothstein@arnoldporter.com
patrick.hall@arnoldporter.com
*Attorneys for Defendants*

**IT IS ORDERED** that ECF No. 43 is GRANTED.

**IT IS FURTHER ORDERED** that the Pre-Claim Construction Settlement Conference is rescheduled to April 21, 2020. The pre-settlement conference call is rescheduled to April 20, 2020 at 3:00 p.m. Settlement conference statements must be emailed to chambers per ECF No. 40 by 4:00 p.m. on April 13, 2020.

**IT IS SO ORDERED**

**DATED: March 23, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2020, a true and correct copy of the foregoing **STIPULATION TO AMEND SCHEDULING ORDER** was served electronically on all interested parties via the Court's CM/ECF System as follows:

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

**ARNOLD & PORTER KAYE SCHOLER LLP**
EVAN M. ROTHSTEIN
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202

/s/ Rob L. Phillips
Rob Phillips, an employee of FisherBroyles, LLP

FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239