Rob L. Phillips
Nevada Bar No. 8225
Rob.phillips@fisherbroyles.com
FisherBroyles, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
Telephone: (702) 518-1239
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No.: 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION TO EXTEND DATE TO RESPOND TO MOTIONS TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS FROM MAY 1, 2020 TO MAY 4, 2020**<br><br>**(FIRST REQUEST)** |

Plaintiff PURE PARLAY, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, stipulate and agree to extend the current date from May 1, 2020 to May 4, 2020 to respond to Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings filed April 17, 2020 (Dkt. Nos. 47 and 48).

This Stipulation is based on the current COVID-19 virus and delays and interruptions it has caused across Plaintiff's counsel's calendar. This stipulation is not intended to cause unnecessary delay.

//

**IT IS SO ORDERED.**

Dated this __1__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

//

//

STIPULATION TO EXTEND DATE TO RESPOND TO MTD AND MJOP

1

DATED this 1st day of May 2020.

        Respectfully submitted,
        FISHERBROYLES, LLP

        /s/ Rob L. Phillips_____ _____
        Rob L. Phillips, Esq.
        Nevada Bar No. 8225
        5670 Wilshire Boulevard, Suite 1800
        Los Angeles, CA 90036
        Tel: (702) 518-1239
        rob.phillips@fisherbroyles.com
        *Attorneys for Plaintiff*

DICKINSON WRIGHT PLLC

        */s/* Michael N. Feder_____ _
        Michael N. Feder, Esq.
        Nevada Bar No. 7332
        8363 West Sunset Road, Suite 200
        Las Vegas, Nevada 89113
        Tel: (702) 550-4400
        mfeder@dickinsonwright.com

ARNOLD & PORTER KAYE SCHOLER LLP

        */s/* Evan M. Rothstein_____
        Evan M. Rothstein (admitted *pro hac vice*)
        Patrick B. Hall (admitted *pro hac vice*)
        370 Seventeenth Street, Suite 4400
        Denver, CO 80202
        Tel: (303) 863-1000
        evan.rothstein@arnoldporter.com
        patrick.hall@arnoldporter.com
        *Attorneys for Defendants*

STIPULATION TO EXTEND DATE TO RESPOND TO MTD AND MJOP

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May 2020, a true and correct copy of the foregoing **STIPULATION TO EXTEND DATE TO RESPOND TO MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS** was served electronically on all interested parties via the Court's CM/ECF System as follows:

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

**ARNOLD & PORTER KAYE SCHOLER LLP**
EVAN M. ROTHSTEIN
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202

                                         /s/ Rob L. Phillips
                                         Rob Phillips, an employee of FisherBroyles, LLP

**FISHERBROYLES, LLP**
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239