**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4440
Fax: (844) 670-6009

**ARNOLD & PORTER LLP**
EVAN M. ROTHSTEIN
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202
Tel: (303) 863-1000
Fax: (303) 832-0428

**ARNOLD & PORTER LLP**
MICHAEL J. GERSHONI
Email: michael.gershoni@arnoldporter.com
601 Massachusetts Ave., NW
Washington, District of Columbia 20001
Tel: (202) 642-5000
Fax: (202) 942-5999
(*Pro Hac Vice* Application to be submitted)

*Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada Corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No. 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION FOR THE WITHDRAWAL OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. No. 48)**<br><br>**(FIRST REQUEST)** |

Plaintiff Pure Parlay, LLC, ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, PLC (collectively referred to as "Defendants"), by and through their respective undersigned counsel of record, hereby STIPULATE and AGREE as follows:



WHEREAS, On April 17, 2020, Defendants filed their "Rule 12(b)(6) Motion to Dismiss for Failure to Statement a Claim Upon Which Relief Can Be Granted and Rule 12(c) Motion for Judgment on the Pleadings";

WHEREAS, because the motion contained a Motion to Dismiss and a Motion for Judgment on the Pleadings, in compliance with the Local Rules of this Court, Defendants filed the motion twice, with the Motion to Dismiss docketed as Dkt. No. 47 and the Motion for Judgment on the Pleadings docketed as Dkt. No. 48;

WHEREAS, on May 4, 2020, Plaintiff filed an Opposition to the Motion to Dismiss (Dkt. No. 51) and an Opposition to the Motion for Judgment on the Pleadings (Dkt. No. 52);

WHEREAS, in the Opposition to the Motion for Judgment on the Pleadings (Dkt. No. 52), Plaintiff argued that the Motion for the Judgment on the Pleadings (Dkt. 48) was premature since an answer has yet been filed in this matter; and

WHEREAS, upon consideration of the opposition (Dkt. No. 52), Defendants have agreed withdrawing the Motion for Judgment on the Pleadings (Dkt. No. 48) will conserve party and Court resources at present time.

NOW, THEREFORE, based on the foregoing, the parties hereby STIPULATE and AGREE as follows:

1. Defendants' Motion for Judgment on the Pleadings (Dkt. No. 48) is withdrawn without prejudice to it being refiled at a later time if necessary; and

///
///
///
///
///
///
///
///



2. The withdrawal of the Motion for Judgment on the Pleadings (Dkt. 48) does not impact Defendants' Motion to Dismiss (Dkt. No. 47), which motion shall still be fully briefed and considered by the Court.

DATED this 7th day of May 2020.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **DICKINSON WRIGHT PLLC** | **FISHERBROYLES, LLP** |
| /s/ *Michael N. Feder*<br>Michael N. Feder<br>Nevada Bar No. 7332<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169<br>Tel: (702) 550-4400<br>mfeder@dickinsonwright.com | /s/ *Rob L. Phillips*<br>Rob L. Phillips<br>Nevada Bar No. 8225<br>5670 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90036<br>Tel: (702) 518-1239<br>rob.phillips@fisherbroyles.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *Attorneys for Plaintiff* |
| /s/ *Evan M. Rothstein*<br>Evan M. Rothstein (admitted *pro hac vice*)<br>Patrick B. Hall (admitted *pro hac vice*)<br>370 Seventeenth Street, Suite 4400<br>Denver, CO 80202<br>Tel: (303) 863-1000<br>evan.rothstein@arnoldporter.com<br>patrick.hall@arnoldporter.com | |

*Attorneys for Defendants*

### ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that

1. Defendants' Motion for Judgment on the Pleadings (Dkt. No. 48) is withdrawn without prejudice to the motion be refiled at a later time if necessary; and

2. The withdrawal of the Motion for Judgment on the Pleadings (Dkt. 48) shall not impact Defendants' Motion to Dismiss (Dkt. No. 47), which motion shall be fully briefed and considered by the Court.

Dated this  11  day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the this 7th day of May 2020, a copy of the forgoing **STIPULATION TO THE WITHDRAWAL OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. No. 48)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

FISHERBROYLES, LLP
Rob L. Phillips, Esq.
Email:  rob.phillips@fisherbroyles.com
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

*Attorneys for Plaintiff Pure Parlay, LLC*

/s/ *Heather A. Magennis*
An employee of Dickinson Wright PLLC

