011769.000001

# ASSIGNMENT

    WHEREAS, we, **Peter E. Korner**, of Las Vegas, Nevada and **Rony Eljaouhari**, of Las Vegas, Nevada, (hereinafter collectively known as "ASSIGNORS"), each hereby assign and transfer to: **Pure Parlay, LLC** whose mailing address is **1600 Kirkland Ave., Las Vegas, Nevada 89102** (hereinafter known as "ASSIGNEE"), its successors, legal representatives, and assign, the entire right, title and interest in and to any and all inventions and improvements which are disclosed and claimed in: **U.S. Patent No. 9,773,382 issued on September 26, 2017 and entitled COMPUTER-IMPLEMENTED SYSTEM AND METHOD FOR MAKING MULTIPLE-GAME SPORTING EVENT WAGERS** including any and all applications from which priority is claimed, continuations, CIPs, divisions, extensions, renewals, substitutes, and reissues of said patent, and the right to all benefits under all international conventions for the protection of industrial property and applications for said inventions and improvements throughout the world.

    FURTHER, ASSIGNORS covenant that they have full right to convey the entire interest herein assigned, and that they have not executed, and will not execute any agreement in conflict herewith; and

    NOW, THEREFORE, in consideration of the sum of Ten Dollars ($10.00) to us in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, we hereby acknowledge that we have sold, assigned, transferred and set over, and do hereby sell, assign, transfer and set over, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire right, title, and interest throughout the world in, to and under the patent described above.

IN TESTIMONY WHEREOF, I hereunto set my hand this __30th__ day of __April__ 2019.

_____
Peter E. Korner

State of Nevada
County of Clark

    On __April 30, 2019__, before me personally appeared **Peter E. Korner** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand official seal.

[SEAL] 

SHERYLL J. CASAUAY TAYAG
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-19-19
Certificate No: 15-2508-1

Notary Signature

1

EXHIBIT 2

011769.000001

IN TESTIMONY WHEREOF, I hereunto set my hand this __30th__ day of __April__ 2019.

_Rony Eljaouhari_

State of Nevada
County of Clark

On __April 30, 2019__, before me personally appeared **Rony Eljaouhari** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand official seal.

[SEAL]

SHERYLL J. CASAUAY TAYAG
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 05-19-19
Certificate No: 15-2508-1

Notary Signature

2

EXHIBIT 2