| CLAIM 1 OF '382 PATENT | MOBILE APPLICATION OFFERED BY DEFENDANTS |
|---|---|
| A computer-implemented method for providing increased wagering flexibility to an individual bettor in the process of making a multiple armed event wager from an electronic wager input device having a display, the method comprising steps of: | see, **Screenshots 1-4** of Defendants' Mobile Software Application.<br><br>Defendants' wagering system (as with virtually any conventional wagering system) generally incorporates a central computer system through which network terminals (used by Bettors to place wagers) communicate electronically, in a bidirectional manner, during the process of placing a wager, wherein the central computer hosts an executable instruction set (e.g. typically stored on a processor or like integrated circuit). |
| providing and accessing a wagering system of the type including a central computer system accessible by at least one network terminal in bi-directional electronic communication therewith via an electronic network and having a bettor viewable display, the central computer hosting an executable instruction set for computing intermediate odds between a minimum odds value and a maximum odds value as a function of bettor-controlled modification and redistribution of equal starting shade values associated with respective individual arms of said multiple armed event wager used to determine whether the bettor has won a respective individual arm of said multiple armed wager; | see, **Screenshot 3** of Defendants' Mobile Software Application.<br><br>in this instance the executable instruction set of Defendants' mobile software application is used for computing (among other things): *intermediate odds* between *a minimum odds value* and *a maximum odds value* as a function of Bettor-modification and redistribution of equal starting shade values associated with respective individual arms of a multiple armed event wager, to determine whether the Bettor has won a respective individual arm of a multiple armed wager;<br><br>further, the network terminal that is used by a Bettor to place a wager incorporates a Bettor-viewable display; and<br><br>Defendants' mobile software application enables the Bettor to control modification and redistribution (by negative or positive shading through touch-screen selection of individual arms of, in this case, a 3-team Football game parlay wager). |

| | |
|---|---|
| selecting a plurality of teams by said bettor via said display, each selected team associated with an individual one of said events, to thereby establish a multiple team combined wager; | see, **Screenshot 1** of Defendants' Mobile Software Application. |
| determining baseline odds for said multiple armed wager, said baseline odds based upon application of said equal starting shade values to each of the selected plurality of teams competing in the respective events; | Baseline odds, as set forth in the '382 Patent (13:62-64), are the odds when the shading is at zero (i.e., equal starting shade values).<br><br>see, **Screenshot 2** of Defendants' Mobile Software Application showing the baseline odds for each team with no shading (i.e., Ravens -1.5 -110, Eagles +4 -108 and Giants +2.5 -108. Using these baseline odds, the multiple armed wager would pay $60.80 on a $10 bet as shown in **Screenshot 2**. The baseline odds are the same team odds as the casino offers these games to bettors who bet the games individually. In either instance, they are considered the baseline odds (i.e., no points being added or subtracted by the player). |
| defining a maximum point value by which the line of an individual team can be shaded; | see, **Screenshot 3** of Defendants' Mobile Software Application. |
| defining a point increment value by which the shaded points can be adjusted; | see, **Screenshot 3** of Defendants' Mobile Software Application. |
| calculating a minimum odds value of all teams winning, for purposes of the wager, when a maximum positive shade is applied to the initial line of every team included in the wager; | this can be inferred as the only way to process the customer shading is to initially calculate the minimum odds value for all teams winning when a maximum positive shade is applied to the initial starting line of every team included in the wager, along with initially calculating the maximum odds of all teams winning when a maximum negative shade is applied to the initial starting line of every team included in the wager. |
| calculating the maximum odds of all teams winning, for purposes of the wager, when a maximum negative shade is applied to the | this can be inferred as the only way to process the customer shading is to initially calculate the minimum odds value for all teams |

| | |
|---|---|
| initial line of every team included in the wager; | winning when a maximum positive shade is applied to the initial starting line of every team included in the wager, along with initially calculating the maximum odds of all teams winning when a maximum negative shade is applied to the initial starting line of every team included in the wager. |
| choosing, by said bettor via said display, a quantity of points to shade the initial lines of each of said respective selected teams and choosing a positive or negative shading direction in which to apply said chosen quantity of points to each said starting line, wherein said step of choosing results in a bettor-defined redistribution of said chosen quantity of points; | see, **Screenshot 3** of Defendants' Mobile Software Application.<br><br>with Defendants' Mobile Software Application, the "shading" function is accomplished, via the mobile device display touchscreen, by the Bettor choosing among the provided list (i.e. "Select Point to Buy), which functions to enable the Bettor to choose, via the display, a quantity of points to shade the initial lines of each of the respective selected teams, and subsequently choose to positively or negatively shade each starting line, thereby redistributing the chosen quantity of points, etc. |
| combining the chosen quantity of points shaded for each team to obtain a total point shade value; | this can be inferred as a necessary part of the calculation. |
| calculating, as a function of the total point shade value, respective revised odds for the wager, the revised odds for the wager being intermediate of the respective calculated minimum and calculated maximum odds values; and | see, **Screenshot 4** of Defendants' Mobile Software Application which clearly shows calculating (i.e. see the automatically updated "Risk amount" and "To-win amount" boxes), as a function of the total point shade value, respective revised odds for the wager, the revised odds for the wager being intermediate of the respective calculated minimum and calculated maximum odds values. |
| placing the wager at the calculated revised odds. | see, **Screenshot 4** of Defendants' Mobile Software Application – Bet Slip. |



EXHIBIT 3 — Stadium Screenshot 1

Stadium Screenshot 2

Verizon LTE  1:45 PM

< PRO FOOTBALL   Bet Slip   Clear

**3-Team Parlay**

Risk amount: 10
To-win amount: 60.80

**Selections:**

Aug-20 PRO FOOTBALL
[431] RAVENS -1½ -110   Buy Points   — BASELINE ODDS

Aug-23 PRO FOOTBALL
[251] EAGLES +4 -108   Buy Points   — BASELINE ODDS

Aug-24 PRO FOOTBALL
[253] GIANTS +2½ -108   Buy Points   — BASELINE ODDS

Done

1    2 ABC    3 DEF
4 GHI  5 JKL  6 MNO
7 PQRS 8 TUV  9 WXYZ
       0      ⌫

EXHIBIT 3



EXHIBIT 3 — Stadium Screenshot 3

.ul Verizon LTE         1:45 PM         ⁊ ⸱ 73%

&lt; PRO FOOTBALL    Bet Slip    Clear

**3-Team Parlay**

Risk amount          To-win amount
10                   35.20

**Selections:**

Aug-20 PRO FOOTBALL
[431] RAVENS PK-140 (Buy+1.5)          Buy Points

Aug-23 PRO FOOTBALL
[251] EAGLES +5-128 (Buy+1)            Buy Points

Aug-24 PRO FOOTBALL
[253] GIANTS +5½-208 (Buy+3)           Buy Points

Done

| 1 | 2 ABC | 3 DEF |
|---|---|---|
| 4 GHI | 5 JKL | 6 MNO |
| 7 PQRS | 8 TUV | 9 WXYZ |
| . | 0 | ⌫ |

Stadium Screenshot 4

EXHIBIT 3