



| HOME | PRODUCTS | OUR TEAM | NEWS | CUSTOMERS | CONTACT US |



# MOBILE WAGERING
Convenient wagering on the move

Keep up with the times! People are always on the move. Stadium's mobile app allows patrons to place wagers wherever they are within your state jurisdiction. Mobile wagering allows sports books to extend beyond the confines of a traditional retail setting.

Stadium Mobile functions include:

**EXHIBIT 4**



**Convenient wagering on the move**

Keep up with the times! People are always on the move. Stadium's mobile app allows patrons to place wagers wherever they are within your state jurisdiction. Mobile wagering allows sports books to extend beyond the confines of a traditional retail setting.

Stadium Mobile functions include:

- Remote signup and verification capability
- Multiple account deposit and withdrawal
- Full pregame, futures and in-play offering
- Real-time odds display and live scoring
- Multiple wagers and bet types on a single bet slip
- Proprietary Geo-Location software
- Detailed transaction history
- Customized logos, colors and branding

LEARN MORE

EXHIBIT 4