**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinsonwright.com
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel:  (702) 550-4440
Fax:  (844) 670-6009

**ARNOLD & PORTER LLP**
EVAN M. ROTHSTEIN (*Admitted Pro Hac Vice*)
Email: evan.rothstein@arnoldporter.com
PATRICK B. HALL (*Admitted Pro Hac Vice*)
Email: patrick.hall@arnoldporter.com
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202
Tel: (303) 863-1000
Fax: (303) 832-0428

**ARNOLD & PORTER LLP**
MICHAEL J. GERSHONI (*Admitted Pro Hac Vice*)
Email: michael.gershoni@arnoldporter.com
601 Massachusetts Ave., NW
Washington, District of Columbia 20001
Tel: (202) 642-5000
Fax: (202) 942-5999

*Attorneys for Defendants Stadium Technology Group, Inc. and GVC Holdings, PLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PURE PARLAY, LLC a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STADIUM TECHNOLOGY GROUP, INC., a Nevada Corporation, and GVC HOLDINGS, PLC, a company incorporated in the Isle of Man,<br><br>Defendants. | Case No. 2:19-cv-00834-GMN-BNW<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING THE COURT'S RULING ON DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. 74)**<br><br>**(FIRST REQUEST)** |



1

Plaintiff Pure Parlay, LLC ("Plaintiff") and Defendants Stadium Technology Group, Inc., and GVC Holdings, plc (now known as Entain plc) (collectively "Defendants"), by and through their respective counsel of record, hereby STIPULATE and AGREE as follows:

1. On November 12, 2021, Defendants filed Defendants' Rule 12(c) Motion for Judgment on the Pleadings (Dkt. 74) requesting the Court to determine as a matter of law that the patent at issue in this case is invalid under 35 U.S.C. § 101 and, as such, this action should be dismissed in its entirety with prejudice (the "Motion").

2. The Motion is case dispositive and can be ruled upon by the Court without the time, cost and expense associated with conducting discovery in this matter;

3. In an effort to avoid the time, cost and expense associated with potentially unnecessary discovery, the parties agree that the case should be stayed pending the Court's ruling on the Motion; and

4. This is the first request to stay the case pending ruling on the Motion, is made in good faith and not made for the purpose of delay.

//
//
//
//
//
//
//
//
//
//
//
//
//

2

Based on the foregoing, the parties respectfully request that the Court enter an order approving this stipulation and staying the case pending the Court's ruling on the Motion.

DATED this 15th day of November, 2021          Dated this 15th day of November, 2021.

Respectfully submitted,                                        Respectfully submitted,

**DICKINSON WRIGHT PLLC**                         **FISHERBROYLES, LLP**

/s/: Michael N. Feder                                          /s/: Rob L. Phillips

Michael N. Feder                                               Rob L. Phillips
Nevada Bar No. 7332                                        Nevada Bar No. 8225
3883 Howard Hughes Parkway, Suite 800    5670 Wilshire Boulevard, Suite 1800
Las Vegas, NV 89169                                       Los Angeles, CA 90036

**ARNOLD & PORTER**                                    *Attorneys for Plaintiff*

Evan M. Rothstein (admitted *pro hac vice*)
Patrick B. Hall (admitted *pro hac vice*)
370 Seventeenth Street, Suite 4400
Denver, CO 80202

Michael J. Gershoni (admitted *pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff's Response to Defendant's Motion for Judgment, (ECF No. 74), remains due by November 26, 2021.  Defendant's Reply will be due on December 3, 2021.

**IT IS FURTHER ORDERED** that if Defendant's Motion for Judgment, (ECF No. 74), is denied, counsel for the parties shall have fourteen (14) days from the date of the Court's Order denying the Motion to submit a proposed amended scheduling order.

Dated this  16  day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the this 15th day of November, 2021, a copy of the **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING THE COURT'S RULING ON DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

FISHERBROYLES, LLP
Rob L. Phillips, Esq.
Email:  rob.phillips@fisherbroyles.com
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

*Attorneys for Plaintiff Pure Parlay, LLC*

                                        */s/: Dianne M. Kelling*
                                        An employee of Dickinson Wright PLLC

4880-3750-6819 v2 [64892-2]



4